## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Michael Grecco Productions, Inc.**     Docket No.: **23-1078**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Paul R. Niehaus**

Firm: **Kirsch & Niehaus, PLLC**

Address: **950 Third Avenue, Suite 1900**

Telephone: **(212) 631-0223**     Fax:

E-mail: **paul.niehaus@kirschniehaus.com**

Appearance for: **Defendants/Respondents**
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: **Emily Bab Kirsch/Kirsch & Niehaus, PLLC** )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **December 8, 2020**     OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: **Paul R. Niehaus**